IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMITA EGBES | * | |
| Plaintiff(s) | * | |
| vs. | * | |
| AMERIX CORPORATION | * | Civil No.: AMD 01 CV 2886 |
| Defendant(s) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Amerix Corporation ("Amerix"), through undersigned counsel, hereby requests an extension of time for Amerix to file a responsive pleading to the Complaint in this matter and for good cause states:

1.  The Complaint was filed on September 27, 2001. The Complaint was served on Amerix on or about November 16, 2001. A responsive pleading is due to be filed on December 6, 2001.

2.  Due to the intervening holidays and the parties' on-going settlement discussions, Amerix's counsel has requested an extension of time through and including January 7, 2002 for Defendant to file a responsive pleading. Counsel for the Plaintiff has agreed to the extension.

3.  The extension sought will not cause undue delay.



WHEREFORE, Amerix requests that it be allowed to and including January 7, 2001 to file a response to the Complaint.

*/s/ Steven B. Schwartzman*
Steven B. Schwartzman
Federal Bar No. 04686

Hodes, Ulman, Pessin & Katz, P. A.
901 Dulaney Valley Road
Towson, Maryland 21204
(410) 938-8800
(410) 825-7513 (fax)
Beverly J. White
Of Counsel
Attorneys for Defendant

SO ORDERED, this 6 day of Dec, 2001

*/s/ Andre M. Davis*
Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage pre-paid, on this 4th day of December, 2001, to:

Tunji Taiwo, Esquire
Law Office of Ade Awojobi
5000 Sunnyside Avenue, Suite 303
Beltsville, Maryland  21705

Steven B. Schwartman