IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMITA EGBES | \| | |
| Plaintiff | \| | CIVIL ACTION NO<br>AMD 01 CV 2886 |
| vs. | \| | |
| AMERIX CORPORATION | \| | |
| Defendant | \| | |

## MOTION TO WITHDRAW AS COUNSEL

Ade Awojobi, Counsel to Plaintiff, Emita Egbes, hereby moves the Honorable Court to withdraw as Counsel in the above captioned matter and states the following in support thereof.

1. I am the Counsel of record in the above captioned matter in which the Law Offices of Ade Awojobi represents Plaintiff.

2. Since this matter was initiated, there has emerged irreconcilable differences between Plaintiff and our firm which makes it impossible to continue my representation of Plaintiff.

3. I have corresponded the decision to withdraw to Plaintiff and advised her to seek another Counsel to represent her.

4. My withdrawal at this stage in the matter will not prejudice either the Plaintiff or Defendant since it is still early in Discovery.

5. Defendant's Counsel of record Beverly White, Esquire, was informed and she has no objection.

Wherefore Ade Awojobi, Plaintiff's Counsel of record humbly requests permission of the

[Handwritten annotation in left margin: "Motion Denied 3/29/02 — Plaintiff withdraw"]

Honorable Court to withdraw his representation.

                                                                         Law Offices of Ade Awojobi

                                                                         */s/ Ade Awojobi*  
                                                                         Ade Awojobi  
                                                                         5000 Sunnyside Avenue, #303  
                                                                         Beltsville, MD 20705  
                                                                         301-931-9110

## CERTIFICATE OF SERVICE

I, Ade Awojobi, hereby certify that Counsel's Motion to Withdraw was this March 14, 2002, mailed, first class, postage prepaid to Defendant's Counsel of record and Plaintiff as follows:

>Lynn Edwards Brenneman, Esquire
>Hodes, Ulman, Pessin & Katz, P.A.
>901 Dulaney Valley Road, Suite 400
>Towson, Maryland 21204
>Attorneys for Defendant
>
>Emita Egbes
>9701 Evening Primrose, 2C
>Laurel, MD 20723

_____
Ade Awojobi