# IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF MARYLAND

Emita Egbes                          *

             Plaintiff,         *         **Civil Action No**
                                        **AMD 01 CV 2886**

Amerix Corporation                   *

             Defendants.         *

*     *     *     *     *     *     *     *     *     *

FILED
LODGED                    ENTERED
                          RECEIVED

MAY 2 4 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                                  DEPUTY

## ORDER

AND NOW this 24th day of May, 2002, upon consideration of Ade Awojobi's unopposed Motion to Reconsider Motion to Withdraw as Counsel, it is hereby ORDERED that the said Motion is ▓▓▓▓ DENIED

BY THE HONORABLE COURT

_____

J.