IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

Emita Egbes             *

    Plaintiff,       *       Civil Action No
                             AMD 01 CV 2886

Amerix Corporation      *

    Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

AND NOW this 24th day of May, 2002, upon consideration of Ade Awojobi's Motion for Extension of discovery time, it is hereby ORDERED that the said Motion is DENIED.

BY THE HONORABLE COURT

_____
                      J.