UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

July 2, 2002

MEMORANDUM TO COUNSEL RE:     Egbes v. Amerix Corporation
                                               Civ. No. AMD 01-2886

       No dispositive motion was filed by the extant deadline. Accordingly, I am scheduling this case for **non-jury** trial commencing Thursday, July 25, 2002, at 10:00 a.m.. The case will continue on Friday, July 26, 2002. If the case does not conclude in two days, it will be continued from time to time until concluded. I invite counsel to file pretrial memoranda on or before Monday, July 22, 2002.

       Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket is as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file