IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMITA EGBES | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: AMD 01 CV 2886 |
| AMERIX CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties to the above-captioned action, by their respective attorneys, hereby stipulate to the dismissal of the above action with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted:

_____
Steven B. Schwartzman (No. 04686)
Lynn Edwards Brenneman (No. 11872)
Hodes, Ulman Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 938-8800
Fax: (410) 938-8909

_____
Ade Awojobi
5000 Sunnyside Avenue Suite 300
Beltsville Maryland 20705
(301) 931-9110
Attorneys for Plaintiff

_____
Beverly J. White (No. 26791)
Law Offices of Beverly J. White
10500 Little Patuxent Pkwy, Suite 650
Columbia Maryland 21044
410 740-2000
Fax: 410 740-2005
Attorneys for Defendant Amerix Corporation

SO ORDERED THIS 8th DAY OF July, 2002

_____
Andre M. Davis, U.S. District Court Judge

2